IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 23-CR-2040 |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | Counts 1-2 |
| | ) | 18 U.S.C. § 922(g)(3): Possession of |
| LA'VANCE LEMARR COOPER, | ) | Firearms by a Drug User |
| | ) | |
| Defendant. | ) | Forfeiture |

The Grand Jury charges:

## Count 1

### Possession of a Firearm by a Drug User

On or about September 22, 2022, in the Northern District of Iowa, defendant LA'VANCE LEMARR COOPER, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly possessed a firearm, specifically, a Glock 20, 10mm Auto caliber pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## Count 2

### Possession of a Firearm by a Drug User

On or about April 3, 2023, in the Northern District of Iowa, defendant LA'VANCE LEMARR COOPER, knowing he was then an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, namely marijuana, knowingly

possessed firearms, specifically, a Glock 22 Gen 5, .40 S&W caliber pistol, and the firearm was in and affecting commerce.

This was in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## Forfeiture Allegation

By virtue of having committed the acts specified in this Indictment, defendant LAVANCE LEMARR COOPER shall forfeit to the United States any firearm and ammunition involved in or used in the knowing violation of Title 18, United States Code, Section 922(g)(3), including but not limited to the firearms listed above.

This is pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____  06-27-2023
Grand Jury Foreperson           Date

TIMOTHY T. DUAX
United States Attorney

By: *Daniel C. Tvedt*
DANIEL C. TVEDT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 6/28/2023
PAUL DE YOUNG, CLERK