UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 25-2504

United States of America

Appellant

v.

LaVance LeMarr Cooper

Appellee

___

Appeal from U.S. District Court for the Northern District of Iowa - Eastern
(6:23-cr-02040-CJW-1)

___

**ORDER**

Attorney Mark C. Meyer is hereby appointed to represent appellee in this appeal under the Criminal Justice Act. Information regarding the CJA appointment and vouchering process in eVoucher will be emailed to counsel shortly.

July 30, 2025

Order Entered under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___

/s/ Susan E. Bindler